https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/67983eac3b835d25ae61608a2168908e

## Case Information

### ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA POBOYS TEXAS, LLC ET AL

2021CI23481

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Bexar County - District Court | Civil - Contract | Debt/Contract - Debt/Collection | 11/9/2021 |

| Judge |
|---|
| 408th, District Court |

## Parties [5]

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | ESTATES AT KIRBY LIMITED PARTNERSHIP | JOEL L BARBER, ROBERT D BROWN |
| Defendant | NOLA POBOYS TEXAS, LLC | |
| Defendant | CHRISTOPHER TALLEY | JANET M DOUVAS |
| Defendant | JENNIFER TALLEY | JANET M DOUVAS |
| Defendant | MURRAY TATE | |

## Events [7]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 11/9/2021 | Filing | Petition | | 2021-11-09 Client's Original Petition (Kirby v Nola).pdf |
| 11/19/2021 | Filing | Return of Service Sucessful | NOLA POBOYS TEXAS LLC | Affidavit_DBSSERVED--LASCCN2021CI23481-7KMwbg3401353.pdf |
| 1/14/2022 | Filing | MOTION FOR | SUBSTITUTE SERVICE OF PROCESS | 2022-01-14 Motion for Substitute Service.pdf |
| 2/3/2022 | Filing | LETTER TO DISTRICT CLERK | Request for copy of Order Granting Plaintiff's Motion for Substitute Service | 2022-02-03 Request of copy of order.pdf |
| 2/22/2022 | Filing | Return of Service Sucessful | JENNIFER TALLEY | Affidavit_DBSSERVED--LASCCN2021CI23481-LkI7cx3738182.pdf |
| 2/22/2022 | Filing | Return of Service Sucessful | CHRISTOPHER TALLEY | Affidavit_DBSSERVED--LASCCN2021CI23481-rww46V3738187.pdf |
| 3/14/2022 | Filing | ORIGINAL ANSWER OF | CHRISTOPHER TALLEY AND JENNIFER TALLEY, AND MOTION TO TRANSFER VENUE | Motion to Transfer Venue and Original Answer.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved

Version: 2022.2.0.10061


EMPOWERED BY TYLER TECHNOLOGIES

FILED
11/9/2021 3:00 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin

Case 4:22-cv-01404   Document 1-1   Filed on 03/18/22 in TXSD   Page 2 of 66

4 CIT PPS

CAUSE NO. **2021CI23481** _____

| | | |
|---|---|---|
| ESTATES AT KIRBY LIMITED PARTNERSHIP, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | Bexar County - 408th District Court |
| | § | |
| *v.* | § | ___ JUDICIAL DISTRICT |
| | § | |
| NOLA POBOYS TEXAS, LLC, | § | |
| CHRISTOPHER TALLEY, JENNIFER | § | |
| TALLEY, and MURRAY TATE, | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

---

### PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP ("Plaintiff") files this original petition against Defendants NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendants"), and would respectfully show the Court as follows:

### DISCOVERY CONTROL PLAN

1.  Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.00.

### PARTIES

2.  Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP is a Texas limited partnership doing business in the State of Texas.

3.  Defendant NOLA POBOYS TEXAS, LLC is a Texas limited partnership that has no registered agent in the State of Texas (its charter with the Texas Secretary of State has been involuntarily forfeited), and may be served with process by serving the Texas of Secretary of State *via certified mail, return receipt requested* at: **Service of Process, Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079** or *via personal delivery* at: **Service of Process, Secretary of State, James E. Rudder Building, 1019 Brazos, Room 105, Austin, Texas 78701.** Defendant's last-known address to which the Texas Secretary of State should mail the citation and petition is: 1111 Post Oak Blvd., Apt. 322, Houston, Texas 77056-3151 (per the Texas Secretary of State online records database). **Plaintiff requests issuance and service (by private process server).**

*Plaintiff's Original Petition - 1*

Copy from re:SearchTX

4.    Defendant CHRISTOPHER TALLEY is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **1012 Ursuline, New Orleans, Louisiana 70116**, or wherever he may be found. **Plaintiff requests issuance and service (by private process server)**.

5.    Defendant **JENNIFER TALLEY** is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **1012 Ursuline, New Orleans, Louisiana 70116**, or wherever she may be found. **Plaintiff requests issuance and service (by private process server)**.

6.    Defendant **MURRAY TATE** is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **908 Bourbon Street, New Orleans, Louisiana 70116**, or wherever he may be found. **Plaintiff requests issuance and service (by private process server)**.

<u>JURISDICTION AND VENUE</u>

7.    The Court has subject-matter jurisdiction over the lawsuit pursuant to Article 5, Section 8, of the Texas Constitution. The amount in controversy is within the jurisdictional limits of this Court.

8.    This Court has personal jurisdiction over the named defendants because Defendant NOLA POBOYS TEXAS, LLC is a Texas limited liability company that leased property located in Harris County from Plaintiff, and Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE availed themselves of the privileges and benefits of doing business in Texas by operating the Texas restaurant which is the subject of this litigation and by guaranteeing Defendant NOLA POBOYS TEXAS, LLC's obligations under its lease with Plaintiff.

9.    Venue is mandatory in Harris County under Texas Civil Practice and Remedies Code §15.0115 because this suit is between a landlord and tenant arising under a lease, and this is the county where all or a part of the real property is located.

10.   Venue is proper in Harris County, Texas under Texas Civil Practice and Remedies Code §15.002(a)(1) as all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

11.   Venue is permissive in Harris County, Texas, under Texas Civil Practice and Remedies Code §15.035 because Harris County was identified as the place for an obligation under the subject contract to be performed.

<u>MISNOMER, ALTER-EGO AND ASSUMED NAME</u>

12.   In the event any parties are misnamed or not included herein, it is Plaintiff's contention that such was a "misnomer" and/or such parties are/were "alter egos" of parties named

*Plaintiff's Original Petition - 2*

Copy from re:SearchTX

herein.  Plaintiff relies upon Texas Rule of Civil Procedure 28 to properly identify the corporate defendants, if any, herein.

## FACTS

13. This is an action by a landlord to collect sums due under a lease agreement, from a tenant and the tenant's guarantors.

14. Plaintiff is the title owner of commercial property located at 1333 Old Spanish Trail, Suite A, Houston, Texas (the "Leased Premises").

15. On or about October 3, 2016, Plaintiff's predecessor Domain at Kirby, LLC and Defendant NOLA POBOYS TEXAS, LLC ("Defendant Tenant") entered into a Shopping Center, as amended by that First Amendment to Lease, dated November 1, 2016 (collectively the "Lease"), pursuant to which Defendant Tenant leased the Leased Premises and was required to pay monthly base rent and its share of the operating expenses of the property on which the Leased Premises are located, as well as other charges set forth therein (collectively the "Rent").

16. Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendant Guarantors") are individuals affiliated with Defendant Tenant who guaranteed Defendant Tenant's obligations under the Lease, pursuant to that Guaranty of Lease, executed on September 22, 2016 (the "Guaranty").

17. On or about December 22, 2016, Domain at Kirby, LLC conveyed the Leased Premises by special warranty deed to Plaintiff, along with all its right, title and interest under the Lease and Guaranty, and payments due thereunder.

18. Beginning in December 2017, Defendant Tenant fell behind on Rent payments.

19. Plaintiff sent a notice of default on December 27, 2017, to Defendants.

20. To date, Defendant Tenant has failed to perform in accordance with the Lease, and Defendant Guarantors have failed to perform on Tenant's obligations as required by the Guaranty.

21. Plaintiff has mitigated its damages by reletting the Leased Premises to another tenant.

22. As a result of Defendants' failure to pay the sums due, Plaintiff has suffered damages within the jurisdictional limits of this Court.

## BREACH OF CONTRACT

23. Plaintiff is entitled to recover against Defendants for breach of the contract because: (i) there was a valid and enforceable Lease between the parties; (ii) Plaintiff is a proper party

Copy from re:SearchTX

to bring suit for breach of the Lease; (iii) Plaintiff performed its contractual obligations; (iv) Defendants breached the Lease; and (iv) Defendants' breach caused Plaintiff injury.

24.     The Parties entered a valid and enforceable contract, namely the Lease, and Plaintiff fully performed its contractual obligations thereunder.

25.     Under the terms of the Lease, Defendants agreed to pay Rent and despite Plaintiff's presentation of a written demand, Defendants thereafter failed and/or refused to do so and, to date, have continued in said failure and/or refusal to honor its contractual obligations for payment to Plaintiff.

26.     As a result of Defendants' failure and/or refusal to pay the sums due, Plaintiff incurred damages in an amount to be proven at trial.  Defendants currently owe the sum of $256,532.06, not including interest, late fees, or attorneys' fees.

<u>PROMISSORY ESTOPPEL</u>

27.     Plaintiff is entitled to recover under the equitable theory of promissory estoppel, as: (i) Defendants made a promise to pay Plaintiff Rent under the Lease; (ii) Plaintiff reasonably and substantially relied on the promise to its detriment by performing under the Lease including, but not limited to, giving Defendants possession of the Leased Premises; (iii) Plaintiff's reliance was foreseeable by Defendants; and (iv) injustice can be avoided only by enforcing Defendants' promises.

<u>QUANTUM MERUIT</u>

28.     Plaintiff is entitled to recover under the theory of quantum meruit as: (i) Plaintiff provided valuable services and/or materials; (ii) the services and/or materials were provided for the Defendants; (iii) Defendants accepted the services and/or materials; and (iv) Defendants had reasonable notice that Plaintiff expected compensation for the services and/or materials.

<u>ATTORNEY FEES</u>

29.     Plaintiff's claims arise pursuant to the above-referenced Lease and/or Guaranty with Defendants.

30.     To enforce its claims under the Lease and/or Guaranty, Plaintiff has found it necessary to employ the Brown Law Firm to bring suit.

31.     Plaintiff retained the undersigned counsel to assist Plaintiff in obtaining payment for the services rendered and, on or about December 27, 2017, counsel for Plaintiff issued a written demand to Defendants to collect the delinquent amount due at that time.

32.     Pursuant to the Lease and/or Guarantee, Plaintiff is entitled to recover attorneys' fees, in addition to the amount of the claim and costs, in the event Plaintiff prevails in this action.

Copy from re:SearchTX

33.    Furthermore, pursuant to Texas Civil Practice and Remedies Code §38.001 and §38.002, Plaintiff is entitled to recover attorneys' fees, in addition to the amount of the claim and costs, in the event Plaintiff prevails in this action.

34.    For all the foregoing, Plaintiff is entitled to recover reasonable attorneys' fees and expenses for the services of its attorneys through a rehearing before the Texas Supreme Court, for which sums Plaintiff hereby sues.

<u>DAMAGES</u>

35.    Plaintiff seeks judgment against Defendants over $250,000 but not more than $1,000,000, which is within the jurisdictional limits of this Court.

36.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer damages and demands judgment as set forth above for:
   a.  General damages for Defendants' failure to pay the sums due and rightfully belonging to Plaintiff;
   b.  Attorneys' fees through an appeal to the Texas Supreme Court under the –
      i.   terms of the parties' agreement; and
      ii.  general statutory provisions, including TEXAS CIVIL PRACTICE AND REMEDIES CODE §38.001;
   c.  Prejudgment interest;
   d.  Post-judgment interest;
   e.  Costs, including witness fees, expert fees, and deposition expenses, through an appeal to the Texas Supreme Court; and
   f.  For such other relief, both general and special, as to which Plaintiff may show itself to be justly entitled.

<u>CONDITIONS PRECEDENT</u>

37.    All conditions precedent to Plaintiff's claims for relief have occurred, have been performed, or have been excused.

<u>NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7</u>

38.    Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiff serves notice on Defendants that Plaintiff intends to use Defendants' discovery responses in any pretrial proceeding and/or at the trial of this cause of action.

<u>DESIGNATED E-SERVICE EMAIL ADDRESS</u>

39.    The following is the undersigned attorneys' designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Texas Rules of Civil Procedure 21(f)(2) and 21a:  **eservice@rbrownlawfirm.com**.  This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

Copy from re:SearchTX

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP respectfully prays that Defendants, jointly and severally, be cited to appear and answer herein, and that upon a final hearing of the case, hereof, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; all reasonable and necessary attorneys' fees through a rehearing before the Texas Supreme Court; together with pre-judgment interest from the date of breach through the date of judgment at the maximum rate allowed by law; post-judgment interest at the legal rate; costs of court; and such other and further relief, both general and special, at law and in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted,

**BROWN LAW FIRM**

Robert D. Brown
State Bar No. 24076290
robert@rbrownlawfirm.com
Joel L. Barber
State Bar No. 24096180
joel@rbrownlawfirm.com
70 NE Loop 410, Suite 306
San Antonio, Texas 78216
T: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com

ATTORNEYS FOR PLAINTIFF,
ESTATES AT KIRBY LIMITED PARTNERSHIP

*Plaintiff's Original Petition - 6*

Copy from re:SearchTX

FILED
11/19/2021 4:13 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 408th District Court

Case 4:22-cv-01404   Document 1-1   Filed on 03/18/22 in TXSD   Page 8 of 66

## AFFIDAVIT OF SERVICE

State of Texas        County of Bexar        408th District Court

Case Number: 2021CI23481


BBW2021012021

Plaintiff:
**ESTATES AT KIRBY LIMITED PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE,**

For:
ROBERT D. BROWN
BROWN LAW FIRM
70 NE LOOP 410
STE. 306
SAN ANTONIO, TX 78216

Received by Mike Techow on the 17th day of November, 2021 at 1:55 pm to be served on **NOLA POBOYS TEXAS LLC BY SERVING THE SECRETARY OF STATE, 1019 BRAZOS, RM 105, AUSTIN, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **18th day of November, 2021** at **3:30 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT,** by delivering a true copy of the **CITATION /PLAINTIFF'S ORIGINAL PETITION/ SECRETARY OF STATE FEE $55.00** with the date of service endorsed thereon by me, to: **Webb Jerome, THE SECRETARY OF STATE** as **Authorized Agent** at the address of: **1019 BRAZOS, RM 105, AUSTIN, TX 78701** on behalf of **NOLA POBOYS TEXAS LLC,** and informed said person of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on November 18th, 2021 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Pronto Process (San Antonio)**
**P.O. Box 7819**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2021012021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number: 2021CI23481**

ESTATES AT KIRBY LIMITED PARTNERSHIP VS  NOLA
POBOYS  TEXAS,  LLC ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **408TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:    **NOLA POBOYS TEXAS LLC**
**BY SERVING THE SECRETARY OF STATE**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a
default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with
the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S ORIGINAL PETITION** was filed **on this the 9th day of November, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 10th day of November, 2021.

**ROBERT D. BROWN**
**ATTORNEY FOR PLAINTIFF**
**70 NE LOOP 410 SUITE 306**
**San Antonio TX  78216**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Jason Pastrano**
 Jason Pastrano, Deputy

---

ESTATES AT KIRBY LIMITED PARTNERSHIP VS  NOLA
POBOYS  TEXAS,  LLC ET AL

Case Number: 2021CI23481

408th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the
CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____
in person on the _____ day of _____, 20_____ at _____ o'clock _____ M. at _____ or ( ) not
executed because _____.
Fees: _____ Badge/PPS #: _____ Date certification expires: _____
_____ County,
Texas
_____    BY:
_____
OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my
address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State
of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

Copy from re:SearchTX

FILED
1/14/2022 12:06 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Stephanie West
Bexar County - 408th District Court

Case 4:22-cv-01404   Document 1-1   Filed on 03/18/22 in TXSD   Page 10 of 66

### CAUSE NO. 2021-CI-23481

| | | |
|---|---|---|
| ESTATES AT KIRBY LIMITED PARTNERSHIP, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| *v.* | § § | 408TH JUDICIAL DISTRICT |
| | § | |
| NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE, | § § § § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE OF PROCESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP ("Plaintiff") and files this Motion for Substitute Service of Process, and asks the Court to authorize substitute service on Defendants CHRISTOPHER TALLEY and JENNIFER TALLEY ("Defendants").

### **INTRODUCTION**

1.     Plaintiff sued Defendants CHRISTOPHER TALLEY and JENNIFER TALLEY for breach of contract, promissory estoppel, quantum meruit, and for attorney's fees.  Specifically, Plaintiff sued Defendant not paying for work that was contracted for and approved by the Defendant.

2.     Upon information and belief, Defendant's last known address is the real property municipally designated as 1012 Ursuline, New Orleans, Louisiana 70116.

3.     Plaintiff is the title owner of commercial property located at 1333 Old Spanish Trail, Suite A, Houston, Texas (the "Leased Premises").

1

Copy from re:SearchTX

4.      On or about October 3, 2016, Plaintiff's predecessor Domain at Kirby, LLC and Defendant NOLA POBOYS TEXAS, LLC ("Defendant Tenant") entered into a Shopping Center, as amended by that First Amendment to Lease, dated November 1, 2016 (collectively the "Lease"), pursuant to which Defendant Tenant leased the Leased Premises and was required to pay monthly base rent and its share of the operating expenses of the property on which the Leased Premises are located, as well as other charges set forth therein (collectively the "Rent").

5.      Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendant Guarantors") are individuals affiliated with Defendant Tenant who guaranteed Defendant Tenant's obligations under the Lease, pursuant to that Guaranty of Lease, executed on September 22, 2016 (the "Guaranty").

6.      On or about December 22, 2016, Domain at Kirby, LLC conveyed the Leased Premises by special warranty deed to Plaintiff, along with all its right, title and interest under the Lease and Guaranty, and payments due thereunder.

7.      Beginning in December 2017, Defendant Tenant fell behind on Rent payments.

8.      Plaintiff sent a notice of default on December 27, 2017, to Defendants.

9.      To date, Defendant Tenant has failed to perform in accordance with the Lease, and Defendant Guarantors have failed to perform on Tenant's obligations as required by the Guaranty.

## **BACKGROUND**

10.      Defendant's only known address to the Plaintiff is 1012 Ursuline, New Orleans, Louisiana 70116.

11.      Plaintiff attempted to serve Defendants at 1012 Ursuline, New Orleans, Louisiana 70116, but was unsuccessful.  However, Plaintiff's process server was able to speak to and confirm with the Defendants that good phone numbers for them are (504) 717-7532 and (504) 717-7032.

2

Copy from re:SearchTX

Plaintiff's process server believes that texting the citation and petition to the Defendants at these numbers would successfully execute service. Plaintiff's process server also believes that the Defendants may be served at their confirmed profiles on social media, which are as follows: https://www.facebook.com/profile.php?id=100006062239129 (Facebook profile of Christopher Talley) and https://www.facebook.com/profile.php?id=100000725104489 (Facebook profile of Jennifer Talley). The attempts are memorialized in the attached affidavits (collectively attached as "**Exhibit A**"), which are sworn affidavits of the process server that attempted service on the Defendants.

## ARGUMENTS & AUTHORITIES

12.     Because Plaintiff has not been able to serve Defendants CHRISTOPHER TALLEY and JENNIFER TALLEY, Plaintiff asks the Court to authorize Plaintiff to serve Defendants by:

a.  Leaving a true copy of the citation and attached Original Petition with anyone more than 16 years of age at 1012 Ursuline, New Orleans, Louisiana 70116,

b.  Attaching a true copy of the citation to the front entrance, door, or gate at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendants notice of the suit,

c.  Serving the Defendants through certified mail, return receipt requested at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendant notice of the suit, or

d.  Serving the Defendants through any other manner, including electronically by social media, email, or other technology through text message at their confirmed phone numbers (504) 717-7532 and (504) 717-7032 or social media at their confirmed profiles: https://www.facebook.com/profile.php?id=100006062239129

3

Copy from re:SearchTX

and   https://www.facebook.com/profile.php?id=100000725104489   (Christopher

Talley and Jennifer Talley, respectfully), which will be reasonably effective to give

Defendant notice of the suit.

## **CONCLUSION**

13.     Plaintiff made several attempts to serve the Defendants with personal service

through a process server but was advised that the Defendants were refusing service. *See* **Exhibit**

**A**.  Plaintiff was unsuccessful in those attempts.  Because Plaintiff was unsuccessful, Plaintiff

requests that the Court authorize service through substituted service.

## **PRAYER**

For these reasons, Plaintiff asks the Court to authorize substitute service on Defendants

CHRISTOPHER TALLEY and JENNIFER TALLEY and for such other and further relief, both

general and special, at law and in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted:

**BROWN LAW FIRM**

By: _____
        Scott A. Walther
        State Bar No. 24096091
        scott@rbrownlawfirm.com
        Robert D. Brown
        State Bar No. 24076290
        robert@rbrownlawfirm.com
        70 NE Loop 410, Ste. 306
        San Antonio, Texas 78216
        T: 210.782.9111 | F: 210.782.9161
        E-Service: eservice@rbrownlawfirm.com

        ATTORNEYS FOR PLAINTIFF,
        ESTATES AT KIRBY LIMITED
        PARTNERSHIP

4

Copy from re:SearchTX

**EXHIBIT A – Affidavits of Due Diligence of Service on Defendants Christopher and Jennifer Talley**

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE

**State of Texas**                    **County of Bexar**                    **408th District Court**

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED
PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC,
CHRISTOPHER TALLEY, JENNIFER
TALLEY, and MURRAY TATE,**



BBW2021012018

Received by DARREN J. HARPER on the 17th day of November, 2021 at 12:05 pm to be served on **CHRISTOPHER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116.**

I, DARREN J. HARPER, do hereby affirm that on the **10th day of January, 2022** at **10:31 am, I:**

**NON-SERVED** the **CITATION /PLAINTIFF'S ORIGINAL PETITION.** for the reason that I failed to find **CHRISTOPHER TALLEY** or any information to allow further search. After search of due diligence, the subject, CHRISTOPHER TALLEY, lacked identifiers and was not found. Read the comments below for further details.

**Additional Information pertaining to this Service:**
11-23-21 11:46 am 1012 URSULINE, NEW ORLEANS, LA 70116 Location is a residence in the French Quarter. I rang the doorbell with no answer. Will go again this week.
12/2/21 @ 12:05pm 1012 Ursuline, New Orleans, LA 70116. There was no answer at the door.
12/11/21 @ 12:30pm 1012 Ursuline, New Orleans, LA 70116. There was no answer at the door.
12/28/2021 10:08 am I finally got a hold of Christopher Talley via phone and he explained that he and Jennifer no longer live at the address and have moved out of state. He did not provide where they had both moved to. He confirmed the following phone numbers are good for him:
• 504) 717-7532
• (504) 717-7032

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE For 2021CI23481

"My name is  Darren Harper  my date of birth is 1/20/1963  and my address is 5000 W. Esplanade Ave. # 196
Metairie, LA 70006.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Jefferson Parish, Louisiana  on January 10, 2022 by Darren Harper  declarant."

**DARREN J. HARPER**
Process Server

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2021012018

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE

**State of Texas**                          **County of Bexar**                          **408th District Court**

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED
PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC,
CHRISTOPHER TALLEY, JENNIFER
TALLEY, and MURRAY TATE,**



BBW2021012018

Received by Shawn Wells on the 17th day of November, 2021 at 12:02 pm to be served on
**CHRISTOPHER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116**.

I, Shawn Wells, do hereby affirm that on the **10th day of January, 2022** at **10:31 am, I:**

deemed it impractical to personally deliver the CITATION /PLAINTIFF'S ORIGINAL PETITION to the
named defendant **CHRISTOPHER TALLEY** in the above numbered and styled cause. I have attempted to
make personal delivery to the defendant at the place where the defendant can probably be found, being
**1012 URSULINE, NEW ORLEANS, LA 70116** which was established personally in my efforts.

I believe the defendant **CHRISTOPHER TALLEY**   can and will be given notice of these proceedings by
leaving a copy of the CITATION /PLAINTIFF'S ORIGINAL PETITION with anyone older than sixteen at
the location specified in the statement at the place where the defendant can probably be found being or by
attaching the above mentioned documents to the front entrance/gate the place where the defendant can
probably be found ; or in any other manner, including electronically by social media, email, or other
technology, that the statement or other evidence shows will be reasonably effective to give the defendant
**CHRISTOPHER TALLEY**   notice of the suit.

**Additional Information pertaining to this Service:**
12/17/2021  5:03 pm  PER SKIP TRACE: CHRISTOPHER TALLEY

- 504) 717-7532
- (504) 717-7032
- 573-722-5720
- 504-897-6828
https://www.facebook.com/profile.php?id=100006062239129
- Bankruptcies: 2 Found, Latest in 2005
- Liens: 6 Found, Latest in 2018
- Judgments: 3 Found, Latest in 2012

2013 NISSAN PATHFINDER S WITH PLATE 416EXW CURRENTLY REGISTERED TO JENNIFER J
TALLEY,  CHRISTOPHER LEE TALLEY AT THE ADDRESS OF: 1012 URSULINES AVE, NEW
ORLEANS, LA, 70116
TWO ADDRESSES ARE WHERE THEY ARE, SAME BUILDING DIFFERENT SIDES, I BELIEVE THEY
ARE IN 1012 URSALINS AVE.  IT IS IN THE FRENCH QUARTER AND FROM WHAT I SEE HARD TO
ACCESS CONFIRMING SERVERS ISSUE.

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE For 2021CI23481

1012 URSULINES AVE,
NEW ORLEANS, LA 70116

1014 Ursulines Ave
New Orleans LA 70116

111 POST OAK BLVD APT 322,
HOUSTON, TX, 77056

1111 LIGHT ST APT 602,
BALTIMORE, MD, 21230
12/28/2021  2:38 pm  PER SKIP TRACE: Everything that I am finding is that the given address is the most
current in the French Quarter.  I have mailers out for them in hopes of another form of confirmation.  I
would recommend (if there is an SOL issue) getting a 106 to post on the door, send a copy by certified
mail and first class mail, and include the option of text messaging the service documents to them as we
have confirmed the number for them is accurate, and they are refusing to provide their new address that
they allegedly moved to.  If they are living behind people then it will be impossible to track them unless
they slip up.

Christopher Talley:
Bankruptcies: 2 Found, Latest in 2005
• Liens: 6 Found, Latest in 2018
• Judgments: 3 Found, Latest in 2012

Jennifer Talley:

Bankruptcies: 1 Found, Latest in 2012
Liens: 2 Found, Latest in 2018


They alleged that they moved out of the French Quarter in 2019, but they are still registering their vehicles
there currently.

2013 NISSAN PATHFINDER S WITH PLATE 416EXW CURRENTLY REGISTERED TO JENNIFER J
TALLEY,  CHRISTOPHER LEE TALLEY AT THE ADDRESS OF: 1012 URSULINES AVE, NEW
ORLEANS, LA, 70116.
sw

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE For 2021CI23481

"My name is  Shawn Wells  my date of birth is 9/22/1980  and my address is 1406 W. Salinas
San Antonio, TX 78207.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Bexar County, State of Texas  on January 10, 2022 by Shawn Wells  declarant."

**Shawn Wells**
PSC 1537 EXP 10/31/2023

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2021012018

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE

**State of Texas**                    **County of Bexar**                    **408th District Court**

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED
PARTNERSHIP,**


BBW2021012019

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC,
CHRISTOPHER TALLEY, JENNIFER
TALLEY, and MURRAY TATE,**

Received by Shawn Wells on the 17th day of November, 2021 at 12:02 pm to be served on **JENNIFER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116**.

I, Shawn Wells, do hereby affirm that on the **10th day of January, 2022** at **10:31 am, I:**

deemed it impractical to personally deliver the CITATION /PLAINTIFF'S ORIGINAL PETITION to the named defendant **JENNIFER TALLEY** in the above numbered and styled cause. I have attempted to make personal delivery to the defendant at the place where the defendant can probably be found, being **1012 URSULINE, NEW ORLEANS, LA 70116** which was established personally in my efforts.

I believe the defendant **JENNIFER TALLEY**   can and will be given notice of these proceedings by leaving a copy of the CITATION /PLAINTIFF'S ORIGINAL PETITION with anyone older than sixteen at the location specified in the statement at the place where the defendant can probably be found being or by attaching the above mentioned documents to the front entrance/gate the place where the defendant can probably be found ; or in any other manner, including electronically by social media, email, or other technology, that the statement or other evidence shows will be reasonably effective to give the defendant **JENNIFER TALLEY**  notice of the suit.

**Additional Information pertaining to this Service:**
12/17/2021  5:07 pm  https://www.facebook.com/jennifer.talley.313

JENNIFER TALLEY
- 504) 717-7532
- (504) 717-7032
- 573-722-5720
- 504-897-6828
https://www.facebook.com/profile.php?id=100006062239129
- Bankruptcies: 2 Found, Latest in 2005
- Liens: 6 Found, Latest in 2018
- Judgments: 3 Found, Latest in 2012

2013 NISSAN PATHFINDER S WITH PLATE 416EXW CURRENTLY REGISTERED TO JENNIFER J TALLEY,  CHRISTOPHER LEE TALLEY AT THE ADDRESS OF: 1012 URSULINES AVE, NEW ORLEANS, LA, 70116

TWO ADDRESSES ARE WHERE THEY ARE, SAME BUILDING DIFFERENT SIDES, I BELIEVE THEY

## <u>RETURN OF DUE DILIGENCE For 2021CI23481</u>

ARE IN 1012 URSALINES AVE.  IT IS FRENCH QUARTER AND FROM WHAT I SEE HARD TO ACCESS CONFIRMING SERVERS ISSUE.

2017 NISSAN MAXIMA 3.5 S with plate 252DBR:  JENNIFER J TALLEY(10/14/2016-Current)
Address: 1012 URSULINES AVE, NEW ORLEANS, LA, 70116

1012 URSULINES AVE,
NEW ORLEANS, LA 70116

1014 Ursulines Ave
New Orleans LA 70116

1111 POST OAK BLVD APT 322,
HOUSTON, TX, 77056

1111 LIGHT ST APT 602,
BALTIMORE, MD, 21230
12/28/2021  2:38 pm  PER SKIP TRACE: Everything that I am finding is that the given address is the most current in the French Quarter.  I have mailers out for them in hopes of another form of confirmation.  I would recommend (if there is an SOL issue) getting a 106 to post on the door, send a copy by certified mail and first class mail, and include the option of text messaging the service documents to them as we have confirmed the number for them is accurate, and they are refusing to provide their new address that they allegedly moved to.  If they are living behind people then it will be impossible to track them unless they slip up.

Christopher Talley:
Bankruptcies: 2 Found, Latest in 2005
• Liens: 6 Found, Latest in 2018
• Judgments: 3 Found, Latest in 2012

Jennifer Talley:

Bankruptcies: 1 Found, Latest in 2012
Liens: 2 Found, Latest in 2018


They alleged that they moved out of the French Quarter in 2019, but they are still registering their vehicles there currently.

2013 NISSAN PATHFINDER S WITH PLATE 416EXW CURRENTLY REGISTERED TO JENNIFER J TALLEY,  CHRISTOPHER LEE TALLEY AT THE ADDRESS OF: 1012 URSULINES AVE, NEW ORLEANS, LA, 70116.
sw

## <u>RETURN OF DUE DILIGENCE For 2021CI23481</u>

"My name is  Shawn Wells  my date of birth is 9/22/1980  and my address is 1406 W. Salinas
San Antonio, TX 78207.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Bexar County, State of Texas  on January 10, 2022 by Shawn Wells  declarant."

**Shawn Wells**
PSC 1537 EXP 10/31/2023

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2021012019

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE

**State of Texas**                    **County of Bexar**                    **408th District Court**

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED
PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC,
CHRISTOPHER TALLEY, JENNIFER
TALLEY, and MURRAY TATE,**

BBW2021012019

Received by DARREN J. HARPER on the 17th day of November, 2021 at 12:05 pm to be served on **JENNIFER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116.**

I, DARREN J. HARPER, do hereby affirm that on the **10th day of January, 2022** at **10:31 am, I:**

**NON-SERVED** the **CITATION /PLAINTIFF'S ORIGINAL PETITION.** for the reason that I failed to find **JENNIFER TALLEY** or any information to allow further search. After search of due diligence, the subject, JENNIFER TALLEY, lacked identifiers and was not found. Read the comments below for further details.

**Additional Information pertaining to this Service:**
11-23-21 11:46 am 1012 URSULINE, NEW ORLEANS, LA 70116 Location is a residence in the French Quarter. I rang the doorbell with no answer. Will go again this week.
12/2/21 @ 12:05pm 1012 Ursuline, New Orleans, LA 70116. There was no answer at the door.
12/11/21 @ 12:30pm 1012 Ursuline, New Orleans, LA 70116. There was no answer at the door.
12/28/2021 10:08 am I finally got a hold of Christopher Talley via phone and he explained that he and Jennifer no longer live at the address and have moved out of state. He did not provide where they had both moved to. He confirmed the following phone numbers are good for him:
•     504) 717-7532
•     (504) 717-7032

Copy from re:SearchTX

## RETURN OF DUE DILIGENCE For 2021CI23481

"My name is  Darren Harper  my date of birth is 1/20/1963  and my address is 5000 W. Esplanade Ave. # 196
Metairie, LA 70006.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in
Jefferson Parish, Louisiana  on January 10, 2022 by Darren Harper  declarant."

**DARREN J. HARPER**
Process Server

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2021012019

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

CAUSE NO. 2021-CI-23481

| | | |
|---|---|---|
| **ESTATES AT KIRBY LIMITED**<br>**PARTNERSHIP,**<br>*Plaintiff,* | §<br>§<br>§<br>§ | **IN THE DISTRICT COURT** |
| *v.* | §<br>§ | **408TH JUDICIAL DISTRICT** |
| **NOLA POBOYS TEXAS, LLC,**<br>**CHRISTOPHER TALLEY, JENNIFER**<br>**TALLEY, and MURRAY TATE,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | **BEXAR COUNTY, TEXAS** |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

After considering Plaintiff's motion for substitute service and the supporting affidavit, the court finds Plaintiff's attempts to serve Defendant have been unsuccessful and finds the substitute service requested in Plaintiff's motion will be reasonably effective to give Defendants, CHRISTOPHER TALLEY and JENNIFER TALLEY, notice of the suit.

Therefore, the court GRANTS the motion and authorizes substitute service on Defendants by:

        a. Leaving a true copy of the citation and attached Original Petition with anyone more than 16 years of age at 1012 Ursuline, New Orleans, Louisiana 70116,

        b. Attaching a true copy of the citation to the front entrance, door, or gate at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendants notice of the suit,  *and*



        c. Serving the Defendants through certified mail, ~~return receipt~~ requested at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendant notice of the suit, or

        d. Serving the Defendants through any other manner, including electronically by social media, email, or other technology through text message at their

**ORDER**                                                                 **Page 1**

confirmed phone numbers (504) 717-7532 and (504) 717-7032 or social media

at                  their                  confirmed                  profiles:

https://www.facebook.com/profile.php?id=100006062239129                  and

https://www.facebook.com/profile.php?id=100000725104489                  (Christopher

Talley and Jennifer Talley, respectfully), which will be reasonably effective to

give Defendant notice of the suit.

JAN 1 8 2022

Signed this _____ day of _____, 2022.

JUDGE PRESIDING

**Norma Gonzales**
**Presiding Judge**
**131st Judicial District**
**Bexar County, Texas**

**ORDER**                                                                 **Page 2**

APPROVED AS TO FORM:
**BROWN LAW FIRM**

*Scott Walther*

By: _____

Scott A. Walther
State Bar No. 24096091
scott@rbrownlawfirm.com
Robert D. Brown
State Bar No. 24076290
robert@rbrownlawfirm.com
70 NE Loop 410, Ste. 306
San Antonio, Texas 78216
T: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com

ATTORNEYS FOR PLAINTIFF,
ESTATES    AT    KIRBY    LIMITED
PARTNERSHIP

**ORDER**

FILED
2/3/2022 10:57 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Patricia Baskette
Bexar County - 408th District Court

Case 4:22-cv-01404   Document 1-1   Filed on 03/18/22 in TXSD   Page 28 of 66

### CAUSE NO. 2021-CI-23481

| | | |
|---|---|---|
| ESTATES AT KIRBY LIMITED PARTNERSHIP, | § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **408TH JUDICIAL DISTRICT** |
| | § | |
| NOLA POBOYS TEXAS, LLC, | § | |
| CHRISTOPHER TALLEY, JENNIFER | § | |
| TALLEY, and MURRAY TATE, | § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

### REQUEST FOR COPY OF ORDER

This is being filed to pay the fee of $3.00 for the copy of the Order Granting Plaintiff's Motion for Substitute Service signed by the Judge.

Respectfully submitted:

**BROWN LAW FIRM**

By: _____
Scott Walther
State No. 24096091
scott@rbrownlawfirm.com
70 NE Loop 410, Suite 306
San Antonio, Texas 78216
P: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com
ATTORNEYS FOR PLAINTIFF,
ESTATES AT KIRBY LIMITED
PARTNERSHIP

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Eservice Brown Law on behalf of Scott Walther
Bar No. 24096091
eservice@rbrownlawfirm.com
Envelope ID: 61421643
Status as of 2/4/2022 3:20 PM CST

Associated Case Party: ESTATES AT KIRBY LIMITED PARTNERSHIP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Eservice Brown | | eservice@rbrownlawfirm.com | 2/3/2022 10:57:35 AM | SENT |

Copy from re:SearchTX

FILED
2/22/2022 7:24 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Diego Martinez
Bexar County - 408th District Court

Case 4:22-cv-01404    Document 1-1    Filed on 03/18/22 in TXSD    Page 30 of 66

# RETURN OF SERVICE

**State of Texas**                    **County of Bexar**                    **408th District Court**

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED
PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC,
CHRISTOPHER TALLEY, JENNIFER
TALLEY, and MURRAY TATE,**

BBW2022001334

Received by Shawn Wells on the 4th day of February, 2022 at 4:35 pm to be served on **JENNIFER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116**.

I, Shawn Wells, do hereby affirm that on the **18th day of February, 2022** at **2:08 pm, I:**

Delivered a true copy of the CITATION /PLAINTIFF'S ORIGINAL PETITION/ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE directly to JENNIFER TALLEY electronically through social media by directly attaching through Facebook Messenger account recently accessed at https://www.facebook.com/jennifer.talley.313 and through text message at their confirmed phone numbers of (504) 717-7532 and (504) 717-7032 pursuant to the provisions of Rule 106, Texas Civil Rule of Civil Procedure pursuant to a **Rule 106 Order for Substitute Service signed by the court**,

"My name is Shawn Wells my date of birth is 9/22/1980 and my address is 1406 W. Salinas San Antonio, TX 78207. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas on February 22, 2022 by Shawn Wells declarant."

**Shawn Wells**
PSC 1537 EXP 10/31/2023

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2022001334

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

## RETURN OF SERVICE

| State of Texas | County of Bexar | 408th District Court |
|---|---|---|

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE,**



BBW2022001334

Received by DARREN J. HARPER on the 4th day of February, 2022 at 4:35 pm to be served on **JENNIFER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116**.

I, DARREN J. HARPER, do hereby affirm that on the **15th day of February, 2022** at **11:00 am, I:**

pursuant to a **Rule 106 Order for Substitute Service signed by the court** by securely attaching a true copy of the **CITATION /PLAINTIFF'S ORIGINAL PETITION/ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE** with the date and hour of service endorsed thereon by me, to the front door of the property of JENNIFER TALLEY **RESIDENCE** at the address of: **1012 URSULINE, NEW ORLEANS, LA 70116**

"My name is  Darren Harper  my date of birth is 1/20/1963  and my address is 5000 W. Esplanade Ave. # 196
Metairie, LA 70006.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Jefferson Parish, Louisiana  on February 16, 2022 by Darren Harper  declarant."

**DARREN J. HARPER**
Process Server

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2022001334

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number:  2021CI23481**

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA
POBOYS TEXAS,  LLC ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **408TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

<u>**CITATION**</u>

"THE STATE OF TEXAS"

Directed To:   **JENNIFER TALLEY**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S ORIGINAL PETITION** was filed **on this the 9th day of November, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 10th day of November, 2021.

**ROBERT D BROWN**
**ATTORNEY FOR PLAINTIFF**
**70 NE LOOP 410 STE 306**
**SAN ANTONIO TX  78216-2858**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
By: /s/ <u>Jason Pastrano</u>
 Jason Pastrano, Deputy

---

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA POBOYS
TEXAS,  LLC ET AL

Case Number: 2021CI23481

408th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20_____ at _____ o'clock _____ M. at _____ or ( ) not executed because _____.
Fees: _____ Badge/PPS #: _____ Date certification expires: _____
_____ County,
Texas
                                                        BY: _____
_____
OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
                                        **NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
                                                        **Declarant**

Copy from re:SearchTX

FILED
2/22/2022 7:24 PM  Case 4:22-cv-01404   Document 1-1   Filed on 03/18/22 in TXSD   Page 33 of 66
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 408th District Court

# RETURN OF SERVICE

| State of Texas | County of Bexar | 408th District Court |
|---|---|---|

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE,**

BBW2022001337

Received by Shawn Wells on the 4th day of February, 2022 at 4:46 pm to be served on **CHRISTOPHER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116**.

I, Shawn Wells, do hereby affirm that on the **18th day of February, 2022** at **2:09 pm, I:**

Delivered a true copy of the CITATION /PLAINTIFF'S ORIGINAL PETITION/ ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE directly to CHRISTOPHER TALLEY electronically through social media by directly attaching through Facebook Messenger account recently accessed at https://www.facebook.com/profile.php?id=100006062239129   and  through  text  message  at  their confirmed  phone  numbers  of  (504)  717-7532  and  (504)  717-7032  pursuant  to  the  provisions  of Rule 106, Texas Civil Rule of Civil Procedure pursuant to a **Rule 106 Order for Substitute Service signed by the court**, **.**

"My name is  Shawn Wells  my date of birth is 9/22/1980  and my address is 1406 W. Salinas San Antonio, TX 78207.  I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas  on February 22, 2022 by Shawn Wells  declarant."

**Shawn Wells**
PSC 1537 EXP 10/31/2023

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2022001337

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

## RETURN OF SERVICE

| State of Texas | County of Bexar | 408th District Court |
|---|---|---|

Case Number: 2021CI23481

Plaintiff:
**ESTATES AT KIRBY LIMITED
PARTNERSHIP,**

vs.

Defendant:
**NOLA POBOYS TEXAS, LLC,
CHRISTOPHER TALLEY, JENNIFER
TALLEY, and MURRAY TATE,**


BBW2022001337

Received by DARREN J. HARPER on the 4th day of February, 2022 at 4:46 pm to be served on
**CHRISTOPHER TALLEY, 1012 URSULINE, NEW ORLEANS, LA 70116**.

I, DARREN J. HARPER, do hereby affirm that on the **15th day of February, 2022** at **11:00 am, I:**

pursuant to a **Rule 106 Order for Substitute Service signed by the court** by securely attaching a true
copy of the **CITATION /PLAINTIFF'S ORIGINAL PETITION/ ORDER GRANTING PLAINTIFF'S
MOTION FOR SUBSTITUTE SERVICE** with the date and hour of service endorsed thereon by me, to the
front door of the property of CHRISTOPHER TALLEY **RESIDENCE** at the address of: **1012 URSULINE,
NEW ORLEANS, LA 70116**

"My name is Darren Harper my date of birth is 1/20/1963 and my address is 5000 W. Esplanade Ave. #
196
Metairie, LA 70006. I declare under penalty of perjury that the foregoing is true and correct. Executed in
Jefferson Parish, Louisiana on February 16, 2022 by Darren Harper declarant."

**DARREN J. HARPER**
Process Server

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2022001337

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number:  2021CI23481**

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA POBOYS TEXAS,  LLC ET AL

IN THE **408TH DISTRICT COURT**

(Note: Attached Document May Contain Additional Litigants)

BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:   **CHRISTOPHER TALLEY**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S ORIGINAL PETITION** was filed **on this the 9th day of November, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 10th day of November, 2021.

**ROBERT D BROWN**
**ATTORNEY FOR PLAINTIFF**
**70 NE LOOP 410 STE 306**
**SAN ANTONIO TX  78216-2858**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Jason Pastrano**
Jason Pastrano, Deputy

---

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA POBOYS TEXAS,  LLC ET AL

Case Number: 2021CI23481

408th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20_____ at _____ o'clock _____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____, County,

Texas

BY: _____

_____
OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____

**Declarant**

Copy from re:SearchTX

FILED
3/14/2022 10:40 AM Case 4:22-cv-01404 Document 1-1 Filed on 03/18/22 in TXSD Page 36 of 66
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 408th District Court

Cause No. 2021CI23481

| | | |
|---|---|---|
| ESTATES AT KIRBY LIMITED PARTNERSHIP | § § § | IN THE DISTRICT COURT |
| v. | § § | OF BEXAR COUNTY, TEXAS |
| NOLA POBOYS TEXAS LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, AND MURRAY TATE | § § § § § | 408TH DISTRICT COURT |

**MOTION TO TRANSFER VENUE**
**AND SUBJECT TO THE MOTION TO TRANSFER VENUE,**
**ORIGINAL ANSWER OF**
**DEFENDANTS CHRISTOPHER TALLEY AND JENNIFER TALLEY**

TO THE HONORABLE JUDGE OF THE COURT:

Defendants Christopher Talley and Jennifer Talley, husband and wife, (hereafter referred to as "Defendants Talley") file this Motion to Transfer Venue seeking to transfer the venue of this cause to a District Court in Harris County, Texas, and subject to the Motion to Transfer Venue, their Original Answer and show the Court the following:

## 1.    MOTION TO TRANSFER VENUE

1.1    On November 9, 2021, Plaintiff filed the above styled suit against Defendants Talley (and other Defendants who are not part of this filing and have not yet been served) in District Court in Bexar County, Texas, relating to a sandwich shop lease of space in a retail strip center located in Harris County, Texas.

1.2    Plaintiff never pled that venue was proper in Bexar County. In fact, Plaintiff's Original Petition repeatedly states and indicates that venue belongs in Harris County. *See* Plaintiffs' Original Petition, attached hereto as Exhibit A; *see also* Paragraphs 1.4, 1.5, and 1.6 below.

Talley Defendants' Mot. to Transfer Venue and Orig. Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 1 of 6

Copy from re:SearchTX

1.3     Pursuant to §15.011 of the Texas Civil Practice and Remedies Code, which pertains to venue for claims relating to real property, "venue is mandatory" in Harris County as that is the county in which the property is located.

1.4     Plaintiff specifically pleads and acknowledges in Plaintiff's Original Petition at ¶¶ 9, 10, and 1, page 2, that venue is mandatory and proper in Harris County, Texas:

> Venue is mandatory in Harris County under Texas Civil Practice and Remedies Code §15.0115 because this suit is between a landlord and tenant arising under a lease, and this is the county where all or a part of the real property is located.

> Venue is proper in Harris County, Texas under Texas Civil Practice and Remedies Code §15.002(a)(1) as all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

> Venue is permissive in Harris County, Texas, under Texas Civil Practice and Remedies Code §15.035 because Harris County was identified as the place for an obligation under the subject contract to be performed.

1.5     Additionally, Plaintiff styled the Original Petition to be filed in Harris County.  *See* Ex. A, Original Petition, top of page 1.

1.6     Plaintiff's attorney is located in Bexar County, San Antonio, Texas. It appears that the Original Petition was filed in Bexar County due to accident and mistake out of perhaps "habit" of filing location since Plaintiff's attorney is located in Bexar County and it is probable that most of the attorney's new case filings occur in the area of his law office in Bexar County. Further, Defendants Talley speculate that Plaintiff could not nonsuit and refile in Harris County as intended, due to a potential issue with the statute of limitations.

Talley Defendants' Mot. to Transfer Venue and Orig. Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 2 of 6

Copy from re:SearchTX

1.7    Lastly, it is relevant for the Court to note that essentially the same claims presented in the instant Petition were previously filed in 2018 *in Harris County*: *Domain at Kirby, LLC[1] vs. Nola PoBoys Texas LLC, Christopher Talley, Jennifer Talley and Murray Tate*; Cause No. 1119386, in the County Court at Law No. 4, Harris County, Texas (the "1st Suit on the Lease").

1.8    The first lawsuit on the Lease was removed to federal court based upon diversity jurisdiction on February 11, 2019, to the U.S. District Court for the Southern District of Texas, Houston Division, Case No. 4:19-cv-00463. Plaintiff ultimately decided not to pursue the case in the fall of 2019, and the federal court case was dismissed by Order of U.S. District Court Judge Keith P. Ellison on September 18, 2019.

WHEREFORE, Defendants Talley respectfully requests that a hearing be set on this Motion to Transfer Venue, and that upon conclusion of the hearing the Court enter an order transferring this cause to a Judicial District Court located in Harris County, Texas. Defendants Talley further requests that all costs associated with the transfer be assessed against the Plaintiff in accordance with the Texas Rules of Civil Procedure.

{Original Answer of Defendants Talley is on the Next Page}

---

[1] Upon information and belief, the subject real estate lease was assigned to the Plaintiff in the instant case by Domain at Kirby, LLC.

Talley Defendants' Mot. to Transfer Venue and Orig. Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 3 of 6

Copy from re:SearchTX

# ORIGINAL ANSWER
## OF DEFENDANTS CHRISTOPHER TALLEY AND JENNIFER TALLEY

Subject to the foregoing Motion to Transfer Venue, Defendants Talley hereby file their Original Answer to Plaintiff's Original Petition.

## 2. GENERAL DENIAL

Pursuant to Tex. R. Civ. P. 92, Defendants Talley generally deny each and every, all and singular, the allegations contained in Plaintiff's Original Petition, as well as any supplemental and/or amended pleadings, and demand that Plaintiff be required to prove its allegations by a preponderance of the evidence as required by law.

## 3. AFFIRMATIVE DEFENSES

3.1     Plaintiff's claims are barred in whole or in part due to Plaintiff's failure to properly mitigate its damages.

3.2     Plaintiff's claims are barred, in whole or in part, because tenant under the subject lease agreement is entitled to certain offsets and/or credits.

3.3     Plaintiff's claims are barred, in whole or in part, due to Plaintiff's prior material breach which discharged tenant's future payment obligations under the subject lease.

3.4     Plaintiff's claims are barred, in whole or in part, because Plaintiff violated Texas Property Code sections 93.012 and 93.002, and therefor discharged tenant's obligations under the subject lease.

3.5.    Plaintiff's claims are barred, in whole or in part, by estoppel.

3.6     Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

Talley Defendants' Mot. to Transfer Venue and Orig. Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 4 of 6

Copy from re:SearchTX

3.7     Plaintiff's claims are barred, in whole or in part, based on waiver.

3.8     Plaintiff's claims are barred, in whole or in part, based on ratification.

3.9     Plaintiff's claims are barred, in whole or in part, due to the economic loss rule.

3.10    Plaintiff's claims are barred, in whole or in part, due to res judicata.

## **REQUEST FOR DISCLOSURES**

Pursuant to Texas Rule of Civil Procedure 194, Defendants Talley hereby request that Plaintiff disclose within 30 days of service of this Request, the information and documents required by and described in Rule 194.2.

WHEREFORE, Defendants Talley pray that, upon a final hearing/trial of this cause, the Court enter a final judgment denying Plaintiff all relief sought, and awarding Defendants their costs of court/suit from Plaintiff, and such other and further relief, at law and/or in equity, general or special, to which the Defendants may show themselves to be justly entitled.

Respectfully submitted,

JACKSON WALKER L.L.P.

BY: _Janet D Chafin_____

JANET DOUVAS CHAFIN
State Bar No. 02785200
jchafin@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 857-2676 (cell)
Facsimile:  (713) 308-4108 (direct fax)

Talley Defendants' Mot. to Transfer Venue and Orig. Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 5 of 6

Copy from re:SearchTX

Amanda N. Crouch
State Bar No. 24077401
acrouch@jw.com
Josue J. Galvan
State Bar No. 24101784
jgalvan@jw.com
112 East Pecan Street, Suite 2400
San Antonio, Texas  78205
Telephone: (210) 978-7784 (direct)
Facsimile:  (210) 242-4684 (direct fax)

**ATTORNEYS FOR DEFENDANTS**
**CHRISTOPHER TALLEY AND**
**JENNIFER TALLEY**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Original Answer of Defendants Talley, Talley, and Tate was served on the 14th day of March, 2022, upon all attorneys of record in this cause by the Court's E-filing system, and additionally by Email on Plaintiff's attorneys of record as shown below:

| | |
|---|---|
| Robert D. Brown | Via Email:  robert@rbrownlawfirm.com |
| Joel L. Barber | Via Email: joel@brownlawfirm.com |
| Brown Law Firm | Via Email: eservice@rbrownlawfirm.com |

12500 San Pedro Ave., Suite 406
San Antonio, Texas  78216

*/s/ Amanda N. Crouch*
Amanda N. Crouch

Talley Defendants' Mot. to Transfer Venue and Orig. Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 6 of 6

Copy from re:SearchTX

# EXHIBIT A

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number: 2021CI23481**

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA
POBOYS TEXAS, LLC ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **408TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:   **CHRISTOPHER TALLEY**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S ORIGINAL PETITION** was filed **on this the 9th day of November, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 10th day of November, 2021.

**ROBERT D BROWN**
**ATTORNEY FOR PLAINTIFF**
**70 NE LOOP 410 STE 306**
**SAN ANTONIO TX 78216-2858**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Jason Pastrano**
**Jason Pastrano, Deputy**

---

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA POBOYS
TEXAS, LLC ET AL

**Case Number: 2021CI23481**

**408th District Court**

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____
in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County,
Texas

BY:

_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

Copy from re:SearchTX

FILED
11/9/2021 3:00 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin

4 CIT PPS

CAUSE NO. **2021CI23481**

| | | |
|---|---|---|
| **ESTATES AT KIRBY LIMITED** | § | **IN THE DISTRICT COURT** |
| **PARTNERSHIP,** | § | |
| *Plaintiff,* | § | Bexar County - 408th District Court |
| | § | |
| *v.* | § | **___ JUDICIAL DISTRICT** |
| | § | |
| **NOLA POBOYS TEXAS, LLC,** | § | |
| **CHRISTOPHER TALLEY, JENNIFER** | § | |
| **TALLEY, and MURRAY TATE,** | § | |
| *Defendants.* | § | **HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP ("Plaintiff") files this original petition against Defendants NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendants"), and would respectfully show the Court as follows:

### DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.00.

### PARTIES

2. Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP is a Texas limited partnership doing business in the State of Texas.

3. Defendant NOLA POBOYS TEXAS, LLC is a Texas limited partnership that has no registered agent in the State of Texas (its charter with the Texas Secretary of State has been involuntarily forfeited), and may be served with process by serving the Texas of Secretary of State via certified mail, return receipt requested at: **Service of Process, Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079** or via personal delivery at: **Service of Process, Secretary of State, James E. Rudder Building, 1019 Brazos, Room 105, Austin, Texas 78701.** Defendant's last-known address to which the Texas Secretary of State should mail the citation and petition is: 1111 Post Oak Blvd., Apt. 322, Houston, Texas 77056-3151 (per the Texas Secretary of State online records database). **Plaintiff requests issuance and service (by private process server).**

*Plaintiff's Original Petition* - 1

Copy from re:SearchTX

4.     Defendant CHRISTOPHER TALLEY is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **1012 Ursuline, New Orleans, Louisiana 70116**, or wherever he may be found. **Plaintiff requests issuance and service (by private process server)**.

5.     Defendant **JENNIFER TALLEY** is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **1012 Ursuline, New Orleans, Louisiana 70116**, or wherever she may be found. **Plaintiff requests issuance and service (by private process server)**.

6.     Defendant **MURRAY TATE** is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **908 Bourbon Street, New Orleans, Louisiana 70116**, or wherever he may be found. **Plaintiff requests issuance and service (by private process server)**.

## JURISDICTION AND VENUE

7.     The Court has subject-matter jurisdiction over the lawsuit pursuant to Article 5, Section 8, of the Texas Constitution. The amount in controversy is within the jurisdictional limits of this Court.

8.     This Court has personal jurisdiction over the named defendants because Defendant NOLA POBOYS TEXAS, LLC is a Texas limited liability company that leased property located in Harris County from Plaintiff, and Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE availed themselves of the privileges and benefits of doing business in Texas by operating the Texas restaurant which is the subject of this litigation and by guaranteeing Defendant NOLA POBOYS TEXAS, LLC's obligations under its lease with Plaintiff.

9.     Venue is mandatory in Harris County under Texas Civil Practice and Remedies Code §15.0115 because this suit is between a landlord and tenant arising under a lease, and this is the county where all or a part of the real property is located.

10.     Venue is proper in Harris County, Texas under Texas Civil Practice and Remedies Code §15.002(a)(1) as all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

11.     Venue is permissive in Harris County, Texas, under Texas Civil Practice and Remedies Code §15.035 because Harris County was identified as the place for an obligation under the subject contract to be performed.

## MISNOMER, ALTER-EGO AND ASSUMED NAME

12.     In the event any parties are misnamed or not included herein, it is Plaintiff's contention that such was a "misnomer" and/or such parties are/were "alter egos" of parties named

Copy from re:SearchTX

herein. Plaintiff relies upon Texas Rule of Civil Procedure 28 to properly identify the corporate defendants, if any, herein.

## FACTS

13.   This is an action by a landlord to collect sums due under a lease agreement, from a tenant and the tenant's guarantors.

14.   Plaintiff is the title owner of commercial property located at 1333 Old Spanish Trail, Suite A, Houston, Texas (the "Leased Premises").

15.   On or about October 3, 2016, Plaintiff's predecessor Domain at Kirby, LLC and Defendant NOLA POBOYS TEXAS, LLC ("Defendant Tenant") entered into a Shopping Center, as amended by that First Amendment to Lease, dated November 1, 2016 (collectively the "Lease"), pursuant to which Defendant Tenant leased the Leased Premises and was required to pay monthly base rent and its share of the operating expenses of the property on which the Leased Premises are located, as well as other charges set forth therein (collectively the "Rent").

16.   Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendant Guarantors") are individuals affiliated with Defendant Tenant who guaranteed Defendant Tenant's obligations under the Lease, pursuant to that Guaranty of Lease, executed on September 22, 2016 (the "Guaranty").

17.   On or about December 22, 2016, Domain at Kirby, LLC conveyed the Leased Premises by special warranty deed to Plaintiff, along with all its right, title and interest under the Lease and Guaranty, and payments due thereunder.

18.   Beginning in December 2017, Defendant Tenant fell behind on Rent payments.

19.   Plaintiff sent a notice of default on December 27, 2017, to Defendants.

20.   To date, Defendant Tenant has failed to perform in accordance with the Lease, and Defendant Guarantors have failed to perform on Tenant's obligations as required by the Guaranty.

21.   Plaintiff has mitigated its damages by reletting the Leased Premises to another tenant.

22.   As a result of Defendants' failure to pay the sums due, Plaintiff has suffered damages within the jurisdictional limits of this Court.

## BREACH OF CONTRACT

23.   Plaintiff is entitled to recover against Defendants for breach of the contract because: (i) there was a valid and enforceable Lease between the parties; (ii) Plaintiff is a proper party

Copy from re:SearchTX

to bring suit for breach of the Lease; (iii) Plaintiff performed its contractual obligations; (iv) Defendants breached the Lease; and (iv) Defendants' breach caused Plaintiff injury.

24.     The Parties entered a valid and enforceable contract, namely the Lease, and Plaintiff fully performed its contractual obligations thereunder.

25.     Under the terms of the Lease, Defendants agreed to pay Rent and despite Plaintiff's presentation of a written demand, Defendants thereafter failed and/or refused to do so and, to date, have continued in said failure and/or refusal to honor its contractual obligations for payment to Plaintiff.

26.     As a result of Defendants' failure and/or refusal to pay the sums due, Plaintiff incurred damages in an amount to be proven at trial. Defendants currently owe the sum of $256,532.06, not including interest, late fees, or attorneys' fees.

## PROMISSORY ESTOPPEL

27.     Plaintiff is entitled to recover under the equitable theory of promissory estoppel, as: (i) Defendants made a promise to pay Plaintiff Rent under the Lease; (ii) Plaintiff reasonably and substantially relied on the promise to its detriment by performing under the Lease including, but not limited to, giving Defendants possession of the Leased Premises; (iii) Plaintiff's reliance was foreseeable by Defendants; and (iv) injustice can be avoided only by enforcing Defendants' promises.

## QUANTUM MERUIT

28.     Plaintiff is entitled to recover under the theory of quantum meruit as: (i) Plaintiff provided valuable services and/or materials; (ii) the services and/or materials were provided for the Defendants; (iii) Defendants accepted the services and/or materials; and (iv) Defendants had reasonable notice that Plaintiff expected compensation for the services and/or materials.

## ATTORNEY FEES

29.     Plaintiff's claims arise pursuant to the above-referenced Lease and/or Guaranty with Defendants.

30.     To enforce its claims under the Lease and/or Guaranty, Plaintiff has found it necessary to employ the Brown Law Firm to bring suit.

31.     Plaintiff retained the undersigned counsel to assist Plaintiff in obtaining payment for the services rendered and, on or about December 27, 2017, counsel for Plaintiff issued a written demand to Defendants to collect the delinquent amount due at that time.

32.     Pursuant to the Lease and/or Guarantee, Plaintiff is entitled to recover attorneys' fees, in addition to the amount of the claim and costs, in the event Plaintiff prevails in this action.

Copy from re:SearchTX

33.    Furthermore, pursuant to Texas Civil Practice and Remedies Code §38.001 and §38.002, Plaintiff is entitled to recover attorneys' fees, in addition to the amount of the claim and costs, in the event Plaintiff prevails in this action.

34.    For all the foregoing, Plaintiff is entitled to recover reasonable attorneys' fees and expenses for the services of its attorneys through a rehearing before the Texas Supreme Court, for which sums Plaintiff hereby sues.

## DAMAGES

35.    Plaintiff seeks judgment against Defendants over $250,000 but not more than $1,000,000, which is within the jurisdictional limits of this Court.

36.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer damages and demands judgment as set forth above for:
   a.   General damages for Defendants' failure to pay the sums due and rightfully belonging to Plaintiff;
   b.   Attorneys' fees through an appeal to the Texas Supreme Court under the –
      i.    terms of the parties' agreement; and
      ii.   general statutory provisions, including TEXAS CIVIL PRACTICE AND REMEDIES CODE §38.001;
   c.   Prejudgment interest;
   d.   Post-judgment interest;
   e.   Costs, including witness fees, expert fees, and deposition expenses, through an appeal to the Texas Supreme Court; and
   f.   For such other relief, both general and special, as to which Plaintiff may show itself to be justly entitled.

## CONDITIONS PRECEDENT

37.    All conditions precedent to Plaintiff's claims for relief have occurred, have been performed, or have been excused.

## NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7

38.    Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiff serves notice on Defendants that Plaintiff intends to use Defendants' discovery responses in any pretrial proceeding and/or at the trial of this cause of action.

## DESIGNATED E-SERVICE EMAIL ADDRESS

39.    The following is the undersigned attorneys' designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Texas Rules of Civil Procedure 21(f)(2) and 21a: **eservice@rbrownlawfirm.com**. This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

Copy from re:SearchTX

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP respectfully prays that Defendants, jointly and severally, be cited to appear and answer herein, and that upon a final hearing of the case, hereof, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; all reasonable and necessary attorneys' fees through a rehearing before the Texas Supreme Court; together with pre-judgment interest from the date of breach through the date of judgment at the maximum rate allowed by law; post-judgment interest at the legal rate; costs of court; and such other and further relief, both general and special, at law and in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted,

**BROWN LAW FIRM**

_____

Robert D. Brown
State Bar No. 24076290
robert@rbrownlawfirm.com
Joel L. Barber
State Bar No. 24096180
joel@rbrownlawfirm.com
70 NE Loop 410, Suite 306
San Antonio, Texas 78216
T: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com

ATTORNEYS FOR PLAINTIFF,
ESTATES AT KIRBY LIMITED PARTNERSHIP

Copy from re:SearchTX

CAUSE NO. 2021-CI-23481

| | | |
|---|---|---|
| ESTATES AT KIRBY LIMITED<br>PARTNERSHIP,<br><center>*Plaintiff,*</center> | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| *v.* | §<br>§ | 408TH JUDICIAL DISTRICT |
| NOLA POBOYS TEXAS, LLC,<br>CHRISTOPHER TALLEY, JENNIFER<br>TALLEY, and MURRAY TATE,<br><center>*Defendants.*</center> | §<br>§<br>§<br>§<br>§ | BEXAR COUNTY, TEXAS |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

After considering Plaintiff's motion for substitute service and the supporting affidavit, the court finds Plaintiff's attempts to serve Defendant have been unsuccessful and finds the substitute service requested in Plaintiff's motion will be reasonably effective to give Defendants, CHRISTOPHER TALLEY and JENNIFER TALLEY, notice of the suit.

Therefore, the court GRANTS the motion and authorizes substitute service on Defendants by:

a. Leaving a true copy of the citation and attached Original Petition with anyone more than 16 years of age at 1012 Ursuline, New Orleans, Louisiana 70116,

b. Attaching a true copy of the citation to the front entrance, door, or gate at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendants notice of the suit, ~~or~~ and

 c. Serving the Defendants through certified mail, ~~return receipt~~ requested at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendant notice of the suit, or

d. Serving the Defendants through any other manner, including electronically by social media, email, or other technology through text message at their

**ORDER**                                                       **Page 1**

Copy from re:SearchTX

confirmed phone numbers (504) 717-7532 and (504) 717-7032 or social media

at                    their                    confirmed                    profiles:

https://www.facebook.com/profile.php?id=100006062239129                    and

https://www.facebook.com/profile.php?id=100000725104489                    (Christopher

Talley and Jennifer Talley, respectfully), which will be reasonably effective to

give Defendant notice of the suit.


Signed this _____ day of _____, 2022.

JAN 1 8 2022

_____
JUDGE PRESIDING

**Norma Gonzales**
**Presiding Judge**
**131st Judicial District**
**Bexar County, Texas**


**ORDER**                                                                                      **Page 2**

APPROVED AS TO FORM:
**BROWN LAW FIRM**

*Scott Walther*

By: _____

Scott A. Walther
State Bar No. 24096091
scott@rbrownlawfirm.com
Robert D. Brown
State Bar No. 24076290
robert@rbrownlawfirm.com
70 NE Loop 410, Ste. 306
San Antonio, Texas 78216
T: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com

ATTORNEYS FOR PLAINTIFF,
ESTATES AT KIRBY LIMITED
PARTNERSHIP

**ORDER**                                                                      **Page 3**

Copy from re:SearchTX

CAUSE NO. 2021-CI-23481

| | | |
|---|---|---|
| **ESTATES AT KIRBY LIMITED PARTNERSHIP,** | § § § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **408ᵀᴴ JUDICIAL DISTRICT** |
| | § | |
| **NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE,** | § § § | |
| *Defendants.* | § | **BEXAR COUNTY, TEXAS** |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

After considering Plaintiff's motion for substitute service and the supporting affidavit, the court finds Plaintiff's attempts to serve Defendant have been unsuccessful and finds the substitute service requested in Plaintiff's motion will be reasonably effective to give Defendants, CHRISTOPHER TALLEY and JENNIFER TALLEY, notice of the suit.

Therefore, the court GRANTS the motion and authorizes substitute service on Defendants by:

  a. Leaving a true copy of the citation and attached Original Petition with anyone more than 16 years of age at 1012 Ursuline, New Orleans, Louisiana 70116,

  b. Attaching a true copy of the citation to the front entrance, door, or gate at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendants notice of the suit, ~~and~~



  c. Serving the Defendants through certified mail, ~~return receipt~~ requested at 1012 Ursuline, New Orleans, Louisiana 70116, which will be reasonably effective to give Defendant notice of the suit, or

  d. Serving the Defendants through any other manner, including electronically by social media, email, or other technology through text message at their

ORDER                                                                                     Page 1

Copy from re:SearchTX

confirmed phone numbers (504) 717-7532 and (504) 717-7032 or social media

at                their                confirmed                profiles:

https://www.facebook.com/profile.php?id=100006062239129                and

https://www.facebook.com/profile.php?id=100000725104489                (Christopher

Talley and Jennifer Talley, respectfully), which will be reasonably effective to

give Defendant notice of the suit.

JAN 1 8 2022

Signed this _____ day of _____, 2022.

_____
JUDGE PRESIDING

**Norma Gonzales**
**Presiding Judge**
**131st Judicial District**
**Bexar County, Texas**

**ORDER**                                                                                    **Page 2**

APPROVED AS TO FORM:
**BROWN LAW FIRM**

By: _____

Scott A. Walther
State Bar No. 24096091
scott@rbrownlawfirm.com
Robert D. Brown
State Bar No. 24076290
robert@rbrownlawfirm.com
70 NE Loop 410, Ste. 306
San Antonio, Texas 78216
T: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com

ATTORNEYS FOR PLAINTIFF,
ESTATES    AT    KIRBY    LIMITED
PARTNERSHIP

**ORDER**

Page 3

Copy from re:SearchTX

PRIVATE PROCESS

## Case Number: 2021CI23481

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA
POBOYS TEXAS, LLC ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **408TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:    **JENNIFER TALLEY**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S ORIGINAL PETITION** was filed **on this the 9th day of November, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 10th day of November, 2021.

**ROBERT D BROWN**
**ATTORNEY FOR PLAINTIFF**
**70 NE LOOP 410 STE 306**
**SAN ANTONIO TX  78216-2858**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Jason Pastrano**
**Jason Pastrano, Deputy**

---

ESTATES AT KIRBY LIMITED PARTNERSHIP VS NOLA POBOYS
TEXAS, LLC ET AL

**Case Number: 2021CI23481**

**408th District Court**

### Officer's Return

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____
in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County,
Texas

BY:

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my
address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State
of Texas, on the _____ day of _____, A.D., _____.

_____

**Declarant**

Copy from re:SearchTX

FILED
11/9/2021 3:00 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin

4 CIT PPS

CAUSE NO. 2021CI23481

| | | |
|---|---|---|
| **ESTATES AT KIRBY LIMITED** | § | **IN THE DISTRICT COURT** |
| **PARTNERSHIP,** | § | |
| *Plaintiff,* | § | Bexar County - 408th District Court |
| | § | |
| *v.* | § | **___ JUDICIAL DISTRICT** |
| | § | |
| **NOLA POBOYS TEXAS, LLC,** | § | |
| **CHRISTOPHER TALLEY, JENNIFER** | § | |
| **TALLEY, and MURRAY TATE,** | § | |
| *Defendants.* | § | **HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP ("Plaintiff") files this original petition against Defendants NOLA POBOYS TEXAS, LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendants"), and would respectfully show the Court as follows:

### DISCOVERY CONTROL PLAN

1.   Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.00.

### PARTIES

2.   Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP is a Texas limited partnership doing business in the State of Texas.

3.   Defendant NOLA POBOYS TEXAS, LLC is a Texas limited partnership that has no registered agent in the State of Texas (its charter with the Texas Secretary of State has been involuntarily forfeited), and may be served with process by serving the Texas of Secretary of State via certified mail, return receipt requested at:  **Service of Process, Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079** or via personal delivery at:  **Service of Process, Secretary of State, James E. Rudder Building, 1019 Brazos, Room 105, Austin, Texas 78701.**  Defendant's last-known address to which the Texas Secretary of State should mail the citation and petition is: 1111 Post Oak Blvd., Apt. 322, Houston, Texas 77056-3151 (per the Texas Secretary of State online records database).  **Plaintiff requests issuance and service (by private process server).**

*Plaintiff's Original Petition* - 1

Copy from re:SearchTX

4.   Defendant CHRISTOPHER TALLEY is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **1012 Ursuline, New Orleans, Louisiana 70116**, or wherever he may be found. **Plaintiff requests issuance and service (by private process server)**.

5.   Defendant **JENNIFER TALLEY** is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **1012 Ursuline, New Orleans, Louisiana 70116**, or wherever she may be found. **Plaintiff requests issuance and service (by private process server)**.

6.   Defendant **MURRAY TATE** is an individual residing in New Orleans, Louisiana. Defendant may be served with process at **908 Bourbon Street, New Orleans, Louisiana 70116**, or wherever he may be found. **Plaintiff requests issuance and service (by private process server)**.

## JURISDICTION AND VENUE

7.   The Court has subject-matter jurisdiction over the lawsuit pursuant to Article 5, Section 8, of the Texas Constitution. The amount in controversy is within the jurisdictional limits of this Court.

8.   This Court has personal jurisdiction over the named defendants because Defendant NOLA POBOYS TEXAS, LLC is a Texas limited liability company that leased property located in Harris County from Plaintiff, and Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE availed themselves of the privileges and benefits of doing business in Texas by operating the Texas restaurant which is the subject of this litigation and by guaranteeing Defendant NOLA POBOYS TEXAS, LLC's obligations under its lease with Plaintiff.

9.   Venue is mandatory in Harris County under Texas Civil Practice and Remedies Code §15.0115 because this suit is between a landlord and tenant arising under a lease, and this is the county where all or a part of the real property is located.

10.  Venue is proper in Harris County, Texas under Texas Civil Practice and Remedies Code §15.002(a)(1) as all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

11.  Venue is permissive in Harris County, Texas, under Texas Civil Practice and Remedies Code §15.035 because Harris County was identified as the place for an obligation under the subject contract to be performed.

## MISNOMER, ALTER-EGO AND ASSUMED NAME

12.  In the event any parties are misnamed or not included herein, it is Plaintiff's contention that such was a "misnomer" and/or such parties are/were "alter egos" of parties named

Copy from re:SearchTX

herein. Plaintiff relies upon Texas Rule of Civil Procedure 28 to properly identify the corporate defendants, if any, herein.

## FACTS

13.   This is an action by a landlord to collect sums due under a lease agreement, from a tenant and the tenant's guarantors.

14.   Plaintiff is the title owner of commercial property located at 1333 Old Spanish Trail, Suite A, Houston, Texas (the "Leased Premises").

15.   On or about October 3, 2016, Plaintiff's predecessor Domain at Kirby, LLC and Defendant NOLA POBOYS TEXAS, LLC ("Defendant Tenant") entered into a Shopping Center, as amended by that First Amendment to Lease, dated November 1, 2016 (collectively the "Lease"), pursuant to which Defendant Tenant leased the Leased Premises and was required to pay monthly base rent and its share of the operating expenses of the property on which the Leased Premises are located, as well as other charges set forth therein (collectively the "Rent").

16.   Defendants CHRISTOPHER TALLEY, JENNIFER TALLEY, and MURRAY TATE (collectively the "Defendant Guarantors") are individuals affiliated with Defendant Tenant who guaranteed Defendant Tenant's obligations under the Lease, pursuant to that Guaranty of Lease, executed on September 22, 2016 (the "Guaranty").

17.   On or about December 22, 2016, Domain at Kirby, LLC conveyed the Leased Premises by special warranty deed to Plaintiff, along with all its right, title and interest under the Lease and Guaranty, and payments due thereunder.

18.   Beginning in December 2017, Defendant Tenant fell behind on Rent payments.

19.   Plaintiff sent a notice of default on December 27, 2017, to Defendants.

20.   To date, Defendant Tenant has failed to perform in accordance with the Lease, and Defendant Guarantors have failed to perform on Tenant's obligations as required by the Guaranty.

21.   Plaintiff has mitigated its damages by reletting the Leased Premises to another tenant.

22.   As a result of Defendants' failure to pay the sums due, Plaintiff has suffered damages within the jurisdictional limits of this Court.

## BREACH OF CONTRACT

23.   Plaintiff is entitled to recover against Defendants for breach of the contract because: (i) there was a valid and enforceable Lease between the parties; (ii) Plaintiff is a proper party

Copy from re:SearchTX

to bring suit for breach of the Lease; (iii) Plaintiff performed its contractual obligations; (iv) Defendants breached the Lease; and (iv) Defendants' breach caused Plaintiff injury.

24.     The Parties entered a valid and enforceable contract, namely the Lease, and Plaintiff fully performed its contractual obligations thereunder.

25.     Under the terms of the Lease, Defendants agreed to pay Rent and despite Plaintiff's presentation of a written demand, Defendants thereafter failed and/or refused to do so and, to date, have continued in said failure and/or refusal to honor its contractual obligations for payment to Plaintiff.

26.     As a result of Defendants' failure and/or refusal to pay the sums due, Plaintiff incurred damages in an amount to be proven at trial.  Defendants currently owe the sum of $256,532.06, not including interest, late fees, or attorneys' fees.

### PROMISSORY ESTOPPEL

27.     Plaintiff is entitled to recover under the equitable theory of promissory estoppel, as: (i) Defendants made a promise to pay Plaintiff Rent under the Lease; (ii) Plaintiff reasonably and substantially relied on the promise to its detriment by performing under the Lease including, but not limited to, giving Defendants possession of the Leased Premises; (iii) Plaintiff's reliance was foreseeable by Defendants; and (iv) injustice can be avoided only by enforcing Defendants' promises.

### QUANTUM MERUIT

28.     Plaintiff is entitled to recover under the theory of quantum meruit as: (i) Plaintiff provided valuable services and/or materials; (ii) the services and/or materials were provided for the Defendants; (iii) Defendants accepted the services and/or materials; and (iv) Defendants had reasonable notice that Plaintiff expected compensation for the services and/or materials.

### ATTORNEY FEES

29.     Plaintiff's claims arise pursuant to the above-referenced Lease and/or Guaranty with Defendants.

30.     To enforce its claims under the Lease and/or Guaranty, Plaintiff has found it necessary to employ the Brown Law Firm to bring suit.

31.     Plaintiff retained the undersigned counsel to assist Plaintiff in obtaining payment for the services rendered and, on or about December 27, 2017, counsel for Plaintiff issued a written demand to Defendants to collect the delinquent amount due at that time.

32.     Pursuant to the Lease and/or Guarantee, Plaintiff is entitled to recover attorneys' fees, in addition to the amount of the claim and costs, in the event Plaintiff prevails in this action.

Copy from re:SearchTX

33.   Furthermore, pursuant to Texas Civil Practice and Remedies Code §38.001 and §38.002, Plaintiff is entitled to recover attorneys' fees, in addition to the amount of the claim and costs, in the event Plaintiff prevails in this action.

34.   For all the foregoing, Plaintiff is entitled to recover reasonable attorneys' fees and expenses for the services of its attorneys through a rehearing before the Texas Supreme Court, for which sums Plaintiff hereby sues.

## DAMAGES

35.   Plaintiff seeks judgment against Defendants over $250,000 but not more than $1,000,000, which is within the jurisdictional limits of this Court.

36.   As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer damages and demands judgment as set forth above for:
      a.   General damages for Defendants' failure to pay the sums due and rightfully belonging to Plaintiff;
      b.   Attorneys' fees through an appeal to the Texas Supreme Court under the –
           i.   terms of the parties' agreement; and
           ii.  general statutory provisions, including TEXAS CIVIL PRACTICE AND REMEDIES CODE §38.001;
      c.   Prejudgment interest;
      d.   Post-judgment interest;
      e.   Costs, including witness fees, expert fees, and deposition expenses, through an appeal to the Texas Supreme Court; and
      f.   For such other relief, both general and special, as to which Plaintiff may show itself to be justly entitled.

## CONDITIONS PRECEDENT

37.   All conditions precedent to Plaintiff's claims for relief have occurred, have been performed, or have been excused.

## NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7

38.   Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiff serves notice on Defendants that Plaintiff intends to use Defendants' discovery responses in any pretrial proceeding and/or at the trial of this cause of action.

## DESIGNATED E-SERVICE EMAIL ADDRESS

39.   The following is the undersigned attorneys' designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Texas Rules of Civil Procedure 21(f)(2) and 21a: **eservice@rbrownlawfirm.com**. This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

Copy from re:SearchTX

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff ESTATES AT KIRBY LIMITED PARTNERSHIP respectfully prays that Defendants, jointly and severally, be cited to appear and answer herein, and that upon a final hearing of the case, hereof, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; all reasonable and necessary attorneys' fees through a rehearing before the Texas Supreme Court; together with pre-judgment interest from the date of breach through the date of judgment at the maximum rate allowed by law; post-judgment interest at the legal rate; costs of court; and such other and further relief, both general and special, at law and in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted,

**BROWN LAW FIRM**

Robert D. Brown
State Bar No. 24076290
robert@rbrownlawfirm.com
Joel L. Barber
State Bar No. 24096180
joel@rbrownlawfirm.com
70 NE Loop 410, Suite 306
San Antonio, Texas 78216
T: 210.782.9111 | F: 210.782.9161
E-Service: eservice@rbrownlawfirm.com

ATTORNEYS FOR PLAINTIFF,
ESTATES AT KIRBY LIMITED PARTNERSHIP

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Celia Morales on behalf of Janet Chafin
Bar No. 2785200
cmorales@jw.com
Envelope ID: 62569185
Status as of 3/14/2022 1:46 PM CST

Associated Case Party: ESTATES AT KIRBY LIMITED PARTNERSHIP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joel L.Barber | | joel@rbrownlawfirm.com | 3/14/2022 10:40:18 AM | SENT |
| Eservice Brown | | eservice@rbrownlawfirm.com | 3/14/2022 10:40:18 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Janet DouvasChafin | | jchafin@jw.com | 3/14/2022 10:40:18 AM | SENT |
| Amanda Crouch | | acrouch@jw.com | 3/14/2022 10:40:18 AM | SENT |
| Josué Galván | | jgalvan@jw.com | 3/14/2022 10:40:18 AM | SENT |
| Carey Edwards | | cledwards@jw.com | 3/14/2022 10:40:18 AM | SENT |
| Melanie McClenathen | | mmcclenathen@jw.com | 3/14/2022 10:40:18 AM | SENT |
| Celia Morales | | cmorales@jw.com | 3/14/2022 10:40:18 AM | SENT |
| Robert Brown | 24076290 | robert@rbrownlawfirm.com | 3/14/2022 10:40:18 AM | SENT |

Copy from re:SearchTX

Cause No. 2021CI23481

| | | |
|---|---|---|
| ESTATES AT KIRBY LIMITED PARTNERSHIP | § § § | IN THE DISTRICT COURT |
| v. | § § | OF BEXAR COUNTY, TEXAS |
| NOLA POBOYS TEXAS LLC, CHRISTOPHER TALLEY, JENNIFER TALLEY, AND MURRAY TATE | § § § § § | 408ᵀᴴ DISTRICT COURT |

## DEFENDANT NOLA POBOYS TEXAS, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THE COURT:

Defendant NOLA Poboys Texas, LLC (hereafter referred to as "Defendant NOLA") files this Original Answer and shows the Court the following:

### 1. GENERAL DENIAL

Pursuant to Tex. R. Civ. P. 92, Defendant NOLA generally denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, as well as any supplemental and/or amended pleadings, and demand that Plaintiff be required to prove its allegations by a preponderance of the evidence as required by law.

### 2. AFFIRMATIVE DEFENSES

3.1   Plaintiff's claims are barred in whole or in part due to Plaintiff's failure to properly mitigate its damages.

3.2   Plaintiff's claims are barred, in whole or in part, because tenant under the subject lease agreement is entitled to certain offsets and/or credits.

Defendant NOLA's Original Answer
Cause No. 2021CI23481; 408ᵗʰ Dist. Ct., Bexar County
32119652v1

Page 1 of 3

3.3     Plaintiff's claims are barred, in whole or in part, due to Plaintiff's prior material breach which discharged tenant's future payment obligations under the subject lease.

3.4     Plaintiff's claims are barred, in whole or in part, because Plaintiff violated Texas Property Code sections 93.012 and 93.002, and therefor discharged tenant's obligations under the subject lease.

3.5.    Plaintiff's claims are barred, in whole or in part, by estoppel.

3.6     Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

3.7     Plaintiff's claims are barred, in whole or in part, based on waiver.

3.8     Plaintiff's claims are barred, in whole or in part, based on ratification.

3.9     Plaintiff's claims are barred, in whole or in part, due to the economic loss rule.

3.10    Plaintiff's claims are barred, in whole or in part, due to res judicata.

## REQUEST FOR DISCLOSURES

Pursuant to Texas Rule of Civil Procedure 194, Defendant NOLA hereby requests that Plaintiff disclose within 30 days of service of this Request, the information and documents required by and described in Rule 194.2.

WHEREFORE, Defendant NOLA prays that, upon a final hearing/trial of this cause, the Court enter a final judgment denying Plaintiff all relief sought, and awarding Defendant NOLA their costs of court/suit from Plaintiff, and such other and further relief, at law and/or in equity, general or special, to which the Defendant NOLA may show themselves to be justly entitled.

Respectfully submitted,

JACKSON WALKER L.L.P.

BY: _/s/ Amanda N. Crouch_____
    JANET DOUVAS CHAFIN
    State Bar No. 02785200
    jchafin@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    Telephone: (713) 857-2676 (cell)
    Facsimile:  (713) 308-4108 (direct fax)

    Amanda N. Crouch
    State Bar No. 24077401
    acrouch@jw.com
    Josue J. Galvan
    State Bar No. 24101784
    jgalvan@jw.com
    112 East Pecan Street, Suite 2400
    San Antonio, Texas  78205
    Telephone: (210) 978-7784 (direct)
    Facsimile:  (210) 242-4684 (direct fax)

**ATTORNEYS FOR DEFENDANTS
CHRISTOPHER TALLEY AND
JENNIFER TALLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Original Answer of Defendant NOLA Poboys Texas, LLC was served on the 18th day of March, 2022, upon all attorneys of record in this cause by the Court's E-filing system, and additionally by Email on Plaintiff's attorneys of record as shown below:

Robert D. Brown                  Via Email: robert@rbrownlawfirm.com
Joel L. Barber                     Via Email: joel@brownlawfirm.com
Brown Law Firm
70 NE Loop 410, Suite 306
San Antonio, Texas  78216

                     _/s/ Amanda N. Crouch_____
                       Amanda N. Crouch

Defendant NOLA's Original Answer
Cause No. 2021CI23481; 408th Dist. Ct., Bexar County
32119652v1

Page 3 of 3